UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
: 
LEON BRENT, on behalf of himself and all other persons : NO. 11-CV-1399 (ARR)
similarly situated, : (RLM)
        Plaintiff, :
: NOT FOR ELECTRONIC
   -against- : OR PRINT PUBLICATION
:
BRAD WENCO, LLC, BRAD HONIGFELD, and JOHN : ORDER
DOES #1-10, :
:
        Defendants. :
 X
--------------------------------------------------------------------

ROSS, United States District Judge:

The court has received the parties' joint motion for leave to file under seal their proposed settlement agreement, submitted for this court's in camera review. As the parties' asserted interests in maintaining the confidentiality of the agreement fail to rebut the presumption of public access to judicial records, this motion is denied. See Joo v. Kitchen Table, Inc., 763 F.Supp.2d 643, 647 (S.D.N.Y. 2011) ("[T]he overwhelming consensus of district courts that have considered the issue [have] h[e]ld that an FLSA settlement cannot be sealed absent some showing that overcomes the presumption of public access."). First, although the settlement only involves the named plaintiff—not a broader class of employees—the presumption in favor of keeping FLSA wage-settlement cases submitted to the court for approval inures to the benefit of the public, not a particular class of employees. Second, the parties' assertion that the confidentiality of the agreement is essential to this matter's resolution and therefore conserves judicial resources has been repeatedly rejected. Id. at 648 (collecting cases). Finally, the parties' alleged respective interests in keeping the agreement under seal—namely, that plaintiff avoid public knowledge that he recently received a sum of money, and that defendants avoid "frivolous

litigation"—are insufficient. See Bouzzi v. F&J Pine Rest., No. 10-CV-0457 (DLI) (CLP), 2012 WL 85137, at *3 (E.D.N.Y. Jan. 11, 2012) (rejecting conclusory assertions of the parties' privacy interest in keeping FLSA settlement agreement private). Accordingly, the parties' joint motion for leave to file their proposed settlement agreement under seal is denied.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: March 5, 2012
Brooklyn, New York